IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARROLL ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:08-CV-0179-RWS |
| USF HOLLAND, INC. and ) | |
| OLD REPUBLIC INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER TO STAY PLAINTIFF'S MOTION**
**FOR ATTORNEY'S FEES AND EXPENSES OF LITIGATION**

WHEREFORE, it appearing that plaintiff has filed his motion for attorney's fees and expenses of litigation pursuant to O.C.G.A. § 9-11-68, and it further appearing that the question of the constitutionality of O.C.G.A. § 9-11-68 is currently pending before the Supreme Court of Georgia in the case of Smith v. Baptiste, Case No. S09A1543, and it further appearing that the parties have consented hereto,

IT IS HEREBY ORDERED that plaintiff's motion for attorney's fees and expenses of litigation is stayed until such time as the Georgia Supreme Court issues its ruling in Smith v. Baptiste or the case is withdrawn or otherwise

dismissed. Should the Georgia Supreme Court rule that O.C.G.A. § 9-11-68 is constitutional or should <u>Smith v. Baptiste</u> be dismissed without ruling by the Georgia Supreme Court, defendants shall file a response to plaintiff's motion within 20 days of the disposition of <u>Smith v. Baptiste</u> in the Georgia Supreme Court.

SO ORDERED this 24th day of September, 2009.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

| AKIN & TATE, P.C. | MAGILL & ATKINSON LLP |
|---|---|
| /s/ S. Lester Tate, III | /s/ Stephen Dermer |
| S. Lester Tate, III<br>Georgia Bar No. 698835<br>P.O. Box 878<br>Cartersville, Georgia 30120<br>(770) 382-0780<br>Email: sltate3@mindspring.com<br><br>Attorney for Plaintiff | Stephen Dermer<br>Georgia Bar No. 219267<br>Seth M. Diamond<br>Georgia Bar No. 220393<br>1175 Peachtree Street, N.E.<br>100 Colony Square, Suite 2000<br>Atlanta, Georgia 30361-6206<br>(404) 892-8884<br>sdermer@magill-atkinson.com<br>sdiamond@magill-atkinson.com<br><br>Attorneys for Defendants |